


Judge Georgia N. Alexakis
Magistrate Judge Jeffrey T. Gilbert
RANDOM/Cat. 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GILBERTO RIVAS-HERNANDEZ | Violation: Title 8, United States Code, Section 1326(a) and (b)(1) and Title 6, United States Code, Section 202(4) |

The SPECIAL MAY 2024 GRAND JURY charges:

On or about October 28, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

GILBERTO RIVAS-HERNANDEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about January 12, 2007, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY