


**FELONY**

**1:25-cr-00666**
Judge Georgia N. Alexakis
Magistrate Judge Jeffrey T. Gilbert
RANDOM/Cat. 5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Gilberto Rivas-Hernandez | Yes | Yes |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Immigration V**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 8, United States Code, Section 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4)**

Assistant United States Attorney(s): **Elie Zenner**

Contact Person and Phone Number: **Elie Zenner, 312 697-4032**